# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. _____  Date _____

Title: _____

Present: The Honorable _____

_____       _____       _____
         Deputy Clerk                              Court Reporter / Recorder              Tape No.

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

Proceedings:    ☐ In Court          ☐ In Chambers          ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer _____